United States Bankruptcy Court
Eastern District of New York

In re:  
150 Fulton Property Inc.  
     Debtor

Case No. 15-72755-ast  
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0207-8 | User: admin | Page 1 of 2 | Date Rcvd: Oct 16, 2015 |
| | Form ID: 178 | Total Noticed: 27 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2015.

```
db             +150 Fulton Property Inc.,    c/o Sheldon Gopstein, Esq.,,    275 Madison Avenue,
                 New York, NY 10016-1101
aty            +Macco & Stern, LLP,    135 Pinelawn Road,    Suite 120 South,    Melville, NY 11747-3153
smg            +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                 Brooklyn, NY 11201-3719
smg            +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg            +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8613803        +Backenroth Frankel & Krinsky,    800 Third Avenue,    11th Floor,    New York, NY 10022-7651
8613804        +County of Nassau,    County Treasurer,    1 West St,    Mineola, NY 11501-4813
8613805        +Dae Gue Tae,    20 Gwynne Road,    Melville, NY 11747-1414
8613806        +Farmingdale Carwash Inc.,    166 Fulton St,    Farmingdale, NY 11735-2517
8613807        +Front Seat LLC,    46 Red Brook Rd,    Great Neck, NY 11024-1149
8619448        +Frontseat, LLC,    c/o Gary C. Fischoff, Esq.,    Berger, Fischoff & Shumer, LLP,
                 40 Crossways Park Drive,    Woodbury, New York 11797-2038
8613802        +Internal Revenue Service,    c/o US Attorney Claims Unit,    One Saint Andrews Plaza Rm 417,
                 New York, NY 10007-1701
8613808        +Marlaina Inc.,    150 Fulton St,    Farmingdale, NY 11735-2561
8613800        +NYS Dept of Tax & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
8613809        +New Bank USA,    14601 Northern Blvd,    Flushing, NY 11354-4234
8616257         Newbank,    c/o Floyd G. Grossman, Esq.,    Dollinger, Gonski & Grossman,
                 One Old Country Road, Suite 102,    P.O. Box 9010,    Carle Place, New York 11514-9010
8613810        +S&L Gas Station Inc.,    20 Gwynne Rd,    Melville, NY 11747-1414
8613811        +Sai Ram Petroleum Inc.,    150 Fulton Ave,    Farmingdale, NY 11735-2561
8613799        +State of New York,    Attorney General's Office,    120 Broadway,    New York, NY 10271-0332
8613813        +Town of Oyster Bay,    74 Audrey Ave,    Oyster Bay, NY 11771-1592
8613798        +United States Attorney,    Eastern District of New York,    147 Pierrepont Plaza,
                 Brooklyn, NY 11201-2712
8613815         United States Trustee,    Long Island Federal Court,    Federal Plaza,    Central Islip, NY 11722
8613801        +United States of America,    c/o U.S. Attorney,    86 Chambers Street,    New York, NY 10007-1825
8613816        +Village of Farmingdale,    361 Main St,    Farmingdale, NY 11735-3572
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QRLSTERN.COM Oct 16 2015 18:13:00    Richard L Stern,    Macco & Stern, LLP,
                 135 Pinelawn Road,    Suite 120 South,    Melville, NY 11747-3153
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Oct 16 2015 18:13:14    United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
8613814         EDI: IRS.COM Oct 16 2015 18:13:00    United States Treasury,    Internal Revenue Service,
                 Cincinnati, OH 45999
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Richard L Stern,    Macco & Stern, LLP,    135 Pinelawn Road,    Suite 120 South,
                 Melville, NY 11747-3153
8613812       ##+Sapir Acquisition, Inc.,    15 Sydney St,    Plainview, NY 11803-3031
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                                              Signature:  /s/Joseph Speetjens

```
District/off: 0207-8          User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2015
                              Form ID: 178             Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2015 at the address(es) listed below:
              Floyd G Grossman    on behalf of Creditor    Newbank dgglaw@dggny.com
              Gary C Fischoff     on behalf of Interested Party    Frontseat, LLC gfischoff@bfslawfirm.com,
               dtraina@bfslawfirm.com
              Mark A. Frankel    on behalf of Plaintiff    150 Fulton Property Inc. mfrankel@bfklaw.com,
               mark_frankel@yahoo.com;frankel.mark@gmail.com
              Mark A. Frankel    on behalf of Debtor    150 Fulton Property Inc. mfrankel@bfklaw.com,
               mark_frankel@yahoo.com;frankel.mark@gmail.com
              Richard L Stern    on behalf of Trustee Richard L Stern rstern@maccosternlaw.com,
               jhodgins@maccosternlaw.com,rstern@ecf.epiqsystems.com
              Richard L Stern     rstern@maccosternlaw.com,    jhodgins@maccosternlaw.com,rstern@ecf.epiqsystems.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

| | |
|---|---|
| IN RE: | CASE NO: 8−15−72755−ast |
| 150 Fulton Property Inc. | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| 26−2108891 | |
| DEBTOR(s) | |

---

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
290 Federal Plaza
Central Islip, NY 11722

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before January 14, 2016.**

A Proof of Claim form "Official Form B10" can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

Proofs of claim may be filed over the Internet, on CD−ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the Limited Access Password Application and return it to the address on the bottom of the application form. The application can be accessed on the court's website at www.nyeb.uscourts.gov, by going to Information for Creditors and clicking on Limited Access Password Application.

Dated: October 16, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdas.jsp** [Discovery of Assets rev. 05/03/12]