UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                                    Chapter 7

       150 Fulton Property, Inc.                          Case No.  15-72755

                       Debtor.
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

       Mark Frankel, certifies that I am employed in the County of New York, State of New York at 800 Third Ave, New York, New York. I am over the age of eighteen years of age and am not a party to this case. On April 6, 2018, I served a copy of the **ORDER SCHEDULING HEARING ON SHORTENED NOTICE ON MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO TRANSFER THE DEBTOR'S RIGHTS TO THE PROPERTY AT 150-166 FULTON STREET, FARMINGDALE, NEW YORK TO NEW BANK,** and the **TRUSTEE'S APPLICATION FOR AUTHORITY TO TRANSFER THE ESTATE'S RIGHTS TO THE PROPERTY AT 150 AND 166 FULTON STREET, FARMINGDALE, NEW YORK TO NEW BANK** upon the parties listed below at their last known email address and by FedEx overnight delivery at their last known mailing address.


s/ Mark Frankel
Signature


**Served Upon:**

Fred Stevens
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
fstevens@klestadt.com


Stan Yang
Office of United States Trustee
Federal Plaza
Central Islip NY 11722
Stan.Y.Yang@usdoj.gov