**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
In Re:

                                                                                  Chapter 7

150 Fulton Property Inc.,                            Case No.: 8-15-72755-ast

                     Debtor.
----------------------------------------------------------------X

**ORDER APPROVING INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION TO MACCO & STERN, LLP PURSUANT TO CARVE OUT STIPULATION SO ORDERED ON DECEMBER 29, 2015**

      Macco & Stern, LLP, as attorneys for Richard L. Stern Chapter 7 Trustee having moved this Court pursuant to a Notice of Motion for an Order authorizing payment of legal fees consistent with a so Ordered Stipulation by this Court dated December 29, 2015 wherein NewBank authorized a carve out to counsel to reimburse and pay to Macco & Stern, LLP all legal fees and disbursements subject to a Notice of Hearing before this Court and approval of such a fee application, and this matter having come on to be heard before the Honorable Alan S. Trust, United States Bankruptcy Judge at the United States Bankruptcy Court for the Eastern District of New York on **July 24, 2018 at 10:30 a.m.**, and no objection having been interposed to the relief sought, and after due deliberation and consideration by the Court, it is

      **ORDERED,** that NewBank is authorized and directed to pay to Macco & Stern, LLP as counsel to the trustee and consistent with so ordered carve out stipulation dated December 29, 2015, the sum of **$20,413.80** and expenses in the amount of **$244.19**.



**Dated: July 27, 2018**
       **Central Islip, New York**
                                                                                       **Alan S. Trust**
                                                                    **United States Bankruptcy Judge**