UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re:

                                                          Chapter 7

150 Fulton Property Inc.,                       Case No.: 8-15-72755-ast

                     Debtor.
---------------------------------------------------------------X

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the application (the "Application") of Backenroth Frankel & Krinsky, LLP ("BFK"), attorneys for the Richard L. Stern as Trustee (the "Trustee") of 150 Fulton Property Inc., for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during this case, and upon the hearing held before this Court on July 24, 2018, and after due deliberation, and sufficient cause appearing therefore, it is

ORDERED that the Application is granted to the extent set forth in the Schedule annexed hereto, and that the Trustee is authorized to pay that amount.

Case No.: 15-72755

Case Name: 150 Fulton Property, Inc.                                        Schedule A

# FINAL APPLICATION TOTALS
June 26, 2015 through May 17, 2018

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|
| Backenroth Frankel & Krinsky, LLP | June 13, 2018 Docket No. 49 First Interim Application | $269,937 | $269,937 | $269,937 | $269,937 | $6,469 | $6,469 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Dated: August 7, 2018**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**